UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTONIO K. SAYLES,

                Plaintiff,                    Case no. 12-12139
                                            Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge Mona K. Majzoub's May 2, 2013 report and

recommendation.  No objections have been filed by the parties.  The court having conducted a

thorough review of the entire file;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the

court's findings and conclusions.

                                      s/John Corbett O'Meara
                                      United States District Judge

Date:  May 31, 2013


I hereby certify that a copy of the foregoing document was served upon the parties of
record on this date, May 31, 2013, using the ECF system and/or ordinary mail.


                                      s/William Barkholz
                                      Case Manager